No. 70–238. DuNord Cafe, Inc., et al. v. United States. C. A. 1st Cir. Certiorari denied.

No. 70–241. Texaco Inc. v. Gizzi et al. C. A. 3d Cir. Certiorari denied.

No. 70–247. Lyman Printing & Finishing Co., a Division of M. Lowenstein & Sons v. National Labor Relations Board. C. A. 4th Cir. Certiorari denied.

No. 70–248. Harrison et al. v. Prather. C. A. 5th Cir. Certiorari denied.

No. 70–252. International Union of Operating Engineers v. Metropolitan Paving Co., Inc., et al. C. A. 10th Cir. Certiorari denied.

No. 70–253. Deere & Co. v. Hesston Corp. et al. C. A. 5th Cir. Certiorari denied.

No. 70–254. Smith Tug & Barge Co. et al. v. Columbia-Pacific Towing Corp. et al. Sup. Ct. Wash. Certiorari denied.

No. 70–255. Warner et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 70–256. Aguirre et al. v. Citizens Casualty Company of New York. C. A. 5th Cir. Certiorari denied.

No. 70–257. Cox v. United States. C. A. 9th Cir. Certiorari denied.

No. 70–260. King v. United States. C. A. 5th Cir. Certiorari denied.